UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STANLEY CHASON,

                Plaintiff,

- against -

HIGH VELOCITY ALTERNATIVE ENERGY CORP., JAMES W. ZIMBLER, RONALD SHAPSS, AND JOHN DOES ONE THROUGH TEN,

                Defendants.

09 Civ. 1672 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the November 24, 2009 initial conference in the above-captioned action is adjourned until January 11, 2010 at 10:45 a.m. in Courtroom 18B of the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       November 19, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/09